**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

**No. 50544.**

May 5, 1970.

In re: Roy Winford Fulghum applying for writ of habeas corpus.

Writ refused. No error of law in the ruling of the trial judge in denying the writ.

234 So.2d 191

**ANDERSON BUTANE SERVICE, INC. et al.**

**v.**

**HERCULES PETROLEUM CORPORATION et al.**

**No. 50547.**

May 5, 1970.

In re: Hercules Petroleum Corporation and Hartford Accident & Indemnity Company applying for writs of certiorari, prohibition and mandamus.

Writs refused. We cannot say under the facts presented that the judge has abused his discretion.

SUMMERS, Justice and BARHAM, Justice, are of the opinion a writ should be granted.

234 So.2d 192

**STATE of Louisiana**

**v.**

**Percy Joseph MARTIN.**

**No. 50545.**

May 5, 1970.

In re: Percy Joseph Martin applying for remedial writs.

· The application is denied. The showing made by applicant does not warrant the relief sought.